# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**VERN SCHULDHEISZ**  **PLAINTIFF**

**V.**          **CASE NO. 3:20-CV-186-DPM-BD**

**MARK COUNTS,** *et al.*          **DEFENDANTS**

## ORDER

Vern Schuldheisz, an inmate at the Sharp County Detention Center (Detention Center), filed this civil rights lawsuit under 42 U.S.C. § 1983 claiming that Defendants were deliberately indifferent to his serious medical needs during his time at the Detention Center. (Doc. No. 2) For screening purposes, Mr. Schuldheisz has stated deliberate-indifference claims against all Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Counts, Martin, and Davis. The Marshal is directed to serve each Defendant with a summons and a copy of the complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for the Defendants should be effected through the Sharp County Detention Center, Post Office Box 157, Ash Flat, Arkansas 72513.

IT IS SO ORDERED, this 20th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE