# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**VERN SCHULDHEISZ**                                                                **PLAINTIFF**

**V.**                               **CASE NO. 3:20-CV-186-BD**

**MARK COUNTS,** *et al.*                                                         **DEFENDANTS**

## ORDER

Mail sent from the Court to Plaintiff Vern Schuldheisz has been returned as "undeliverable." (Doc. No. 28) Plaintiffs such as Mr. Schuldheisz, who are proceeding without the help of a lawyer, are required to promptly notify the Court of any change in address. Local Rule 5.5(c)(2).

Therefore, Mr. Schuldheisz is directed to notify the Court of his current address within 30 days of this order. Failure to comply with this order may result in dismissal of this lawsuit under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 15th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE